AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>22-170 MB | Date and time warrant executed:<br>6/14/2022    8:00 AM | Copy of warrant and inventory left with:<br>MELISSA JOANN HART |
| Inventory made in the presence of :<br>SA DOMINGUEZ & SA KINTIGH |||

Inventory of the property taken and name of any person(s) seized:

1 BLACK LASER POINTER

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/14/2022

_Matthew Dominguez_
Executing officer's signature

MATTHEW DOMINGUEZ   FBI SPECIAL AGENT
Printed name and title